UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| R. DANE SHARP, individually and on behalf of all similarly situated employees, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CGG LAND (U.S.) INC., | ) ) ) |
| Defendant. | ) |

Case No. 14-CV-0614-CVE-TLW

## JUDGMENT

This matter has come before the Court for consideration and an opinion and order, Dkt. # 92, granting summary judgment in favor of defendant, CGG Land (U.S.) Inc., on all of plaintiffs' claims has been entered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment for defendant and against plaintiffs is hereby entered as to plaintiffs' claims.

**DATED** this 28th day of October, 2015.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE